IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WILLIAM BONIFAS,

    Plaintiff,

v.

CAROLYN COLVIN,
Commissioner of Social Security,

    Defendant.

Case No. 6:15-cv-00718-MA

ORDER

MARSH, Judge.

Based on the Stipulation (ECF No. 23) of the parties, it is hereby ORDERED that attorney fees in the amount of $2,536.26, and costs in the amount of $400.00 for filing fees, are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Payment of this award shall be paid via check made payable to Plaintiff and mailed to Plaintiff's attorney Merrill Schneider, P.O. Box 14490, Portland, OR 97293. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (1970), the award shall be made payable to Plaintiff's attorney if the Commissioner confirms that Plaintiff owes no debt to the government through the federal treasury offset program.

IT IS SO ORDERED.

DATED this 19 day of December, 2016.

                                        Malcolm F. Marsh
                                      United States District Judge

1 - ORDER -